# IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

KENT MICHAEL SCHEPMAN,

      Appellant,

v.

      Case No.  5D21-3165
      LT Case No. 2012-CF-3389

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed May 17, 2022

3.800 Appeal from the Circuit Court
for Marion County,
Steven G. Rogers, Judge.

Kent Michael Schepman, Lake Butler,
pro se.

Ashley Moody, Attorney General,
Tallahassee, and Allison L. Morris,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

      AFFIRMED.


EISNAUGLE, HARRIS and NARDELLA, JJ., concur.